**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Clarence Sheldon JUPITER, a/k/a
Star, Defendant–Appellant.**

**No. 01–8129.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 14, 2002.

Decided March 25, 2002.

Clarence Sheldon Jupiter, Appellant Pro Se. Donald Ray Wolthuis, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Clarence Sheldon Jupiter appeals the district court's order denying his "motion to correct illegal sentence and remit fine." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Jupiter*, No. CR–93–4–H (W.D.Va. Nov. 19, 2001). We deny Jupiter's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*